UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD SKAFF, | ) No. CV 05-00027-R (VBKx) |
| | ) |
| Plaintiff, | ) ORDER (1) ACCEPTING AND ADOPTING |
| | ) THE REPORT AND RECOMMENDATION OF |
| v. | ) THE UNITED STATES MAGISTRATE |
| | ) JUDGE, AND (2) AWARDING |
| LE MERIDIEN, et al., | ) ATTORNEY'S FEES |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: the Court (1) grants in part and denies in part Plaintiff's counsel's Motion for an Award of Attorney Fees, Litigation Expenses, and Costs Against Defendant Meridian North America Beverly Hills, LLC, Erroneously Sued as 'Le Meridien';

//

//

//

//

//

1  (2) the Report and Recommendation is approved and adopted; and (3)
2  Plaintiff's counsel is awarded fees and expenses in the total amount
3  of $79,807.

5  DATED: September 16, 2008

7  MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE